FILED
2007 Mar-30  PM 12:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

AHM/ARD: APR 2007
**GJ# 5**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **DENNIS OAKLEY** | ) |

## INDICTMENT

COUNT ONE: [18 U.S.C. §2320]

The Grand Jury charges that:

On or about the 15th day of February, 2007, in Lauderdale County, and elsewhere, within the Northern District of Alabama, the defendant,

DENNIS OAKLEY,

intentionally did traffic and attempt to traffic in goods, to wit, handbags and wallets, and knowingly used counterfeit marks on and in connection with such goods in that the goods bore counterfeit marks that were identical with, and substantially indistinguishable from, genuine marks for those goods in use by and registered for Prada on the principal register in the United States Patent and Trademark Office, the use of which marks was likely to cause confusion, to cause mistake, and to deceive.

All in violation of Title 18, United States Code, Section 2320.

COUNT TWO: [18 U.S.C. §2320]

The Grand Jury charges that:

On or about the 15th day of February, 2007, in Lauderdale County, and elsewhere, within the Northern District of Alabama, the defendant,

DENNIS OAKLEY,

intentionally did traffic and attempt to traffic in goods, to wit, handbags, wallets, earrings, sunglasses, necklaces, and footwear, and knowingly used counterfeit marks on and in connection with such goods in that the goods bore counterfeit marks that were identical with, and substantially indistinguishable from, genuine marks for those goods in use by and registered for Chanel on the principal register in the United States Patent and Trademark Office, the use of which marks was likely to cause confusion, to cause mistake, and to deceive.

All in violation of Title 18, United States Code, Section 2320.

COUNT THREE: [18 U.S.C. §2320]

The Grand Jury charges that:

On or about the 15th day of February, 2007, in Colbert County, and elsewhere, within the Northern District of Alabama, the defendant,

DENNIS OAKLEY,

intentionally did traffic and attempt to traffic in goods, to wit, handbags, wallets, sunglasses, belts, footwear, and keychains, and knowingly used counterfeit marks on and in connection with such goods in that the goods bore counterfeit marks that were identical with, and substantially indistinguishable from, genuine marks for those goods in use by and registered for Louis Vuitton Corporation France and Louis Vuitton Malletier Corporation on the principal register in the United States Patent and Trademark Office, the use of which marks was likely to cause confusion, to cause mistake, and to deceive.

All in violation of Title 18, United States Code, Section 2320.

COUNT FOUR: [18 U.S.C. §2320]

The Grand Jury charges that:

On or about the 15th day of February, 2007, in Colbert County, and elsewhere, within the Northern District of Alabama, the defendant,

DENNIS OAKLEY,

intentionally did traffic and attempt to traffic in goods, to wit, handbags, wallets and keychains, and knowingly used counterfeit marks on and in connection with such goods in that the goods bore counterfeit marks that were identical with, and substantially indistinguishable from, genuine marks for those goods in use by and

registered for Coach on the principal register in the United States Patent and Trademark Office, the use of which marks was likely to cause confusion, to cause mistake, and to deceive.

All in violation of Title 18, United States Code, Section 2320 .

COUNT FIVE: [18 U.S.C. §2320]

The Grand Jury charges that:

On or about the 15th day of February, 2007, in Colbert County, and elsewhere, within the Northern District of Alabama, the defendant,

DENNIS OAKLEY,

intentionally did traffic and attempt to traffic in goods, to wit, handbags and sunglasses, and knowingly used counterfeit marks on and in connection with such goods in that the goods bore counterfeit marks that were identical with, and substantially indistinguishable from, genuine marks for those goods in use by and registered for Dolce & Gabbana on the principal register in the United States Patent

and Trademark Office, the use of which marks was likely to cause confusion, to cause mistake, and to deceive.

All in violation of Title 18, United States Code, Section 2320.

A TRUE BILL


FOREMAN OF THE GRAND JURY    ALICE H. MARTIN
United States Attorney


ANGELA REDMOND DEBRO
Assistant United States Attorney